[No. 14731-9-II.   Division Two.   February 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN R.
HEWSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR-132, David E. Foscue, J., entered

February 25, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Petrich, J.